**United States District Court**
For the Northern District of California

**\*E-Filed 9/30 /2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 10-0149 RS |
| Plaintiff, | **ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |
| v. | |
| PAUL JORGE CARVALHO, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Samuel Conti for a determination as to whether it is related to *J&J Sports Productions, Inc. v. Cardoze*, C 09-4944 SC.

IT IS SO ORDERED.

Dated: 9/30/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0149 RS
ORDER